ACCEPTED
14-15-00449-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/12/2015 2:13:24 PM
CHRISTOPHER PRINE
CLERK

## No. 14-15-00449-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/12/2015 2:13:24 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FOURTEENTH JUDICIAL DISTRICT
HOUSTON, TEXAS

THE UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON,

APPELLANT

V.

CAROLYN CALLAS, RAY CALLAS AND JAMIE CALLAS, INDIVIDUALLY
AND AS THE REPRESENTATIVES OF THE ESTATE OF GERALD CALLAS
AND FOR AND ON BEHALF OF ANY WRONGFUL DEATH
BENEFICIARES,

APPELLEES

On Appeal from the 212th Judicial District Court
Galveston County, Texas
No. 14-CV-0927

### AGREED MOTION FOR EXTENSION OF TIME
### TO FILE APPELLEE'S BRIEF

COMES NOW, Appellees, CAROLYN CALLAS, RAY CALLAS and
JAMIE CALLAS, INDIVIDUALLY, And As Representatives of the Estate of
GERALD CALLAS, And For and One Behalf of Any Wrongful Death
Beneficiaries, and move the Court to extend the time to file Appellees' Brief

pursuant to Rules 38.6(d) and 10.5(b) of the Texas Rules of Appellate Procedure and respectfully show as follows:

**I.**

1.     The current due date for Appellees' Brief is **Thursday, August 20, 2015**.

2.     Appellees request a thirty (30) day extension from the date of when Appellees' Brief is now due, which would make the new due date for Appellees' Brief **September 19, 2015**.

3.     This is the first extension requested.

4.     Appellant's counsel agrees to this extension.

**II.**

Additional time is needed to analyze and thoroughly brief the issues for the Court.   In addition. Due to Appellees' counsel's schedule, additional time is needed.   Appellees' counsel is in need of additional time due to deadlines and commitments in matters requiring travel outside of his office prior to the current August 20, 2015 deadline, including, but not limited to, the following:

1. Multiple depositions being taken in Cause No. D-195,488; *Robert J. Simon v. Ethan Kirk Blood, et al*; In The 136th Judicial District Court of Jefferson County, Texas;

2. Summer vacation from August 13, 2015 to August 23; and

3. Out of town Tax-Protest hearing in Account No. 0992680000005 requiring preparation and travel.

Additionally, Appellees' counsel has commitments, including travel out of town, preparing for his children's' attendance at boarding school and college.

### III.
### FIRST REQUEST FOR AN EXTENSION

This is Appellees' first request for an extension of time to file Appellees' Brief. No party will be prejudiced if it is granted. This extension is not sought merely for delay, but is necessary so that justice may be done.

### IV.
### AGREED REQUEST FOR EXTENSION

As shown by Certificate of Conference, Appellant's counsel was contacted to confer about this extension. Appellant's counsel, S. Ronald Keister, has agreed to this extension.

### V.

For the foregoing reasons, Appellees respectfully request that the Court grant an extension for filing Appellees' Brief. Appellees request a thirty (30) day extension from the current date the Appellees' Brief is due, which would make **September 19, 2015** the new deadline for Appellees to file their brief.

WHEREFORE, premises considered, Appellees, CAROLYN CALLAS, RAY CALLAS and JAMIE CALLAS, INDIVIDUALLY, And As Representatives of the Estate of GERALD CALLAS, And For and On Behalf of Any Wrongful

Death Beneficiaries, move the Court to grant this first Agreed Motion for Extension to Time making Appellees' Brief due on September 19, 2015, and pray for all other and further relief, both in law and in equity, to which they may be entitled.

Respectfully submitted,

**SUTTON & JACOBS, LLP**
Attorneys and Counselors at Law


_____
Brian D. Sutton
State Bar No. 19528000
850 Park Street
Beaumont, Texas 77701
(409) 833-1100 (phone)
(409) 833-0711 (fax)
brians@sutton-jacobs.com

**ATTORNEYS FOR APPELLEES**

## CERTIFICATE OF CONFERENCE

On **August 11, 2015**, Appellant's Counsel stated he is in agreement with this Motion.


_____
Brian D. Sutton

## CERTIFICATE OF SERVICE

I certify that on **August 12, 2015**, a true and correct copy of the foregoing instrument APPELLEES, CAROLYN CALLAS, RAY CALLAS AND JAMIE CALLAS, INDIVIDUALLY, AND AS REPRESENTATIVES OF THE ESTATE OF GERALD CALLAS, AND FOR AND ON BEHALF OF ANY WRONGFUL DEATH BENEFICIARIES' AGREED MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF was provided to all counsel of record in accordance with the Texas Rules of Civil Procedure, including but not limited to one or more of the following methods, US Regular Mail, US Certified Mail, Hand Delivery, Facsimile and/or Electronically.

_____
Brian D. Sutton

Ronny Keister
Office of the Attorney General
Tort Litigation Division
PO Box 12548
Austin, Texas 78711-2548

*Via E-Filing*
*& Facsimile 512-457-4435*